435 A.2d 246

Commonwealth v. Ozsvath, Appellant.

Submitted June 13, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.